# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR0329-GPC |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| HENRY JIMENEZ-NAVARRO, | |
| Defendant. | [ECF No. 22] |

Upon the United States' motion and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**
Dated: April 2, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge